Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**LESLEE D. BERG,**

        Plaintiff,

vs.

Commissioner of Social Security
Administration,

        Defendant.

Civil No. 6:11-CV-06137-AA

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

    Plaintiff's Motion is hereby granted in the sum of $18,836.00 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). The net requested herein, less the EAJA fee awarded of $4857.87, is $13,978.13, and Defendant shall pay this amount to Plaintiff's counsel, less an administrative assessment pursuant to 42 U.S.C. 406(d). There are no other costs.

    IT IS SO ORDERED this day of May 13th, 2014

                                            _____
                                            U.S. District Judge/Magistrate Judge

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -    1

PRESENTED BY:

By:   <u>/s/ DREW L. JOHNSON</u>
      Drew L. Johnson, OSB #75200
      Of Attorneys for Plaintiff